**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 16, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00174-CV**

---

**IN RE RIG QA INTERNATIONAL, INC., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-22186**

---

## MEMORANDUM OPINION

On March 4, 2019, relator RIG QA International, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Robert Schaffer, presiding judge of the 152nd District Court of Harris County, to

vacate his June 11, 2018 order denying relator's "Motion to Dismiss for Forum Non Conveniens."

To obtain mandamus relief, a relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam). Relator has failed to show that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.

2